## (March 12, 1975)

■ In the Matter of PASCHAL J. FRANGELLO et al., Appellants, v. WILLIAM R. OVERS, as Commissioner of Elections of the Incorporated Village of East Rockaway, Respondent.— In a proceeding to validate petitions nominating appellants as candidates of the Citizens Party in the general election to be held on March 18, 1975 for public offices of the Village of East Rockaway, i.e., appellant Frangello for mayor and appellants Williams and Miller for trustees, the appeal is from a judgment of the Supreme Court, Nassau County, entered March 7, 1975, which dismissed the petition in the proceeding. Judgment affirmed, without costs. No opinion. Christ, Acting P. J., Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER ALONZO CARMAN, Also Known as LONNIE CARMAN, Appellant — Appeal by defendant, as limited by his brief, from a sentence of the County Court, Suffolk County, imposed June 21, 1974. Sentence affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GREINER, Appellant.— Judgment of the County Court, Nassau County, rendered April 30, 1973, affirmed. No opinion. The case is remanded to the County Court, Nassau County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, Acting P. J., Hopkins, Martuscello, Cohalan and Christ, JJ., concur.

## (March 14, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ANNE MAYO, Respondent.— On the court's own motion, its decision and order, both dated July 29, 1974, are hereby amended by inserting in the decretal provision thereof, immediately after the words "order reversed", the following: "on the law". Cohalan, Acting P. J., Brennan, Benjamin, Munder and Shapiro, JJ., concur.